UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DENNIS PALKON, derivatively, on behalf of CENTURYLINK, INC., <br><br>　　　　　　　Plaintiff, <br><br>v. <br><br>GLEN F. POST, III, *et al.*, <br><br>　　　　　　　Defendants. <br><br>and <br><br>CENTURYLINK, INC., <br><br>　　　　　　　Nominal Defendant. | Master Case No. 2:13-cv-05010-SM-SS <br><br>(Consolidated with 2:13-cv-05414-SM-DEK) |

## ORDER ON JOINT MOTION TO TRANSFER VENUE

Considering the foregoing Joint Motion to Transfer Venue Under 28 U.S.C.§ 1404(a) to the U.S. District Court for the Western District of Louisiana, filed on behalf of all parties in the above-captioned cases:

**IT IS HEREBY ORDERED** that the Joint Motion to Transfer Venue is **GRANTED**, and the above-captioned, consolidated actions are transferred to the Monroe Division of the U.S. District Court for the Western District of Louisiana.

The Clerk of the Court is further directed to transfer these actions to the Monroe Division of the U.S. District Court for the Western District of Louisiana and to close the cases.

New Orleans, Louisiana, this  20th  day of       May       2014.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE